147 A.3d 452

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. TAUREAN D. HOUSTON, DEFENDANT-
PETITIONER.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005754-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 452

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. QAWI CRAWLEY, DEFENDANT-PETITIONER.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003277-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.